DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD BERNARD HILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2162

_____

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Edward Bernard Hills, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and BLACK and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.